IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NANCY ROBERTSON, | § | CIVIL ACTION NO. 4:11-cv-04299 |
| | § | |
| *Plaintiff*, | § | **VANESSA D. GILMORE** |
| | § | Judge |
| V. | § | |
| | § | Esthela Mares |
| WILLIAMS-SONOMA STORES, INC. | § | Case Manager |
| AND WILLIAMS-SONOMA, INC., | § | |
| | § | _____ |
| *Defendants*. | § | Court Reporter |
| | § | |
| | | Civil Trial |
| | | Proceeding |

## DEFENDANTS' REQUEST TO USE DEMONSTRATIVE EXHIBIT IN OPENING STATEMENT

Defendants Williams-Sonoma Stores, Inc. and Williams-Sonoma, Inc.
(collectively, "Defendants") hereby respectfully request that the Court approve their use
of the demonstrative exhibit attached hereto as Exhibit "A" in their opening statement at
trial. Defendants shared this demonstrative exhibit with counsel for Plaintiff Nancy
Robertson ("Plaintiff") on February 4, 2013 and inquired as to any objections. Plaintiff
objected to its use on the grounds that it "is not objective" and it "reflects factual
assertions that ... are ... disputed." Plaintiff's objections lack merit.

First, Plaintiff argues that the demonstrative exhibit is not objective because
it contains "lawyer-created labels" such as "lack of follow through." However, this label
is not lawyer-created at all. The evidence will show that Plaintiff was counseled multiple
times for lack of follow through during her employment. (*See, e.g.,* Exh. 104 (written

warning issued to Plaintiff on January 26, 2011 for "fail[ing] to provide [a] customer with promised follow up"); Exh. 108 (written warning issued to Plaintiff on March 14, 2011 after the store General Manager "received a complaint from a customer about the service and follow through provided by [Plaintiff]"); Exh. 102 (written warning issued to Plaintiff on March 26, 2010 stating that Plaintiff "continues to struggle leading her team to achieve success in specific developmental areas [previously] addressed"); Exh. 101 (written warning issued to Plaintiff on August 10, 2006 for failing to "ensure daily bank deposits were made"). The proposed demonstrative exhibit merely summarizes this evidence. These issues will be mentioned in opening statement as to what Defendants expect to prove at trial.

Second, there is no rule that demonstrative exhibits used in an opening statement only contain undisputed facts. Plaintiff argues that Defendants' proposed demonstrative exhibit is improper because it refers to a written warning Plaintiff contends she never received. However, two of Defendants' witnesses – Susan Mancuso, Regional Vice President and Jeff Van Antwerp, District Manager – will testify at trial regarding the written warning, and Mr. Van Antwerp will testify unequivocally that it was, in fact, delivered to Plaintiff. There is more than enough evidentiary support for Defendants to refer to the written warning during their opening statement as to "what the evidence will show." *See United States v. Dinitz*, 424 U.S. 600, 612 (1976) (Burger, C.J., concurring) (the purpose of the opening statement is to "state what evidence will be presented").

Based on the foregoing, Defendants respectfully request that the Court issue an order approving Defendants' use of the demonstrative exhibit attached hereto as Exhibit "A" in their opening statement at trial.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   s/ Tracey A. Kennedy
Tracey A. Kennedy
Texas USDC No. 1609572
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422
Telephone: (213) 617-1780
Facsimile: (213) 620-1398
Email: tkennedy@sheppardmullin.com

ATTORNEY-IN-CHARGE FOR
DEFENDANTS,
WILLIAMS-SONOMA, INC. AND
WILLIAMS-SONOMA STORES, INC.

OF COUNSEL:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: (213) 617-1780
Facsimile: (213) 620-1398
ATTORNEYS FOR DEFENDANTS,
WILLIAMS-SONOMA, INC. AND
WILLIAMS-SONOMA STORES, INC.

EXHIBIT A

**Performance Documents**
Aug 10, 2006
March 26, 2010
Sept 16, 2010
Jan 26, 2011 (x2)
March 14, 2011

**Customer/Associate Complaints**
Jan 26, 2011
March 14, 2011
Feb 28, 2011
March 2, 2011
October 19, 2010
October 8, 2010

**Lack of Follow Through**
Jan 26, 2011
March 26, 2010
Oct 1, 2009
Aug 16, 2006

# Nancy Robertson

**Refusal to Follow Directions**
Sept 16, 2010

**PIPs**
Jul 27, 2007
Feb, 2011

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by the Southern District of Texas ECF method on the 6th day of February, 2013.

Mark J. Oberti
Oberti Sullivan LLP
723 Main Street, Suite 340
Houston, TX 77002
(713) 401-3555 – Telephone
(713) 401-3547 – Facsimile
Email: mark@osattorneys.com

Attorneys for Plaintiff,
Nancy Robertson

Christopher Lynn Ashby
Ashby LLP
1010 Lamar Street, Suite 1200
Houston, TX 77002
(713) 739-1100 – Telephone
(713) 739-1101 – Facsimile
Email: kit.ashby@ashby-llp.com

Attorneys for Defendants,
Williams-Sonoma, Inc.
Williams-Sonoma Stores, Inc.

s/ Tracey A. Kennedy
Tracey A. Kennedy