IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NANCY ROBERTSON, | § | CIVIL ACTION NO. 4:11-cv-04299 |
| | § | |
| *Plaintiff*, | § | **VANESSA D. GILMORE** |
| | § | Judge |
| V. | § | |
| | § | Esthela Mares |
| WILLIAMS-SONOMA STORES, INC. | § | Case Manager |
| AND WILLIAMS-SONOMA, INC., | § | |
| | § | |
| *Defendants*. | § | Court Reporter |
| | § | |
| | | Civil Trial Proceeding |

## ORDER

Defendants' request to use the demonstrative exhibit attached hereto as Exhibit "A" in their opening statement at trial is:

**GRANTED** ✓     **DENIED** _____

SIGNED this 6th day of Feb. 2013

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

# Nancy Robertson

**Performance Documents**
Aug 10, 2006
March 26, 2010
Sept 16, 2010
Jan 26, 2011 (x2)
March 14, 2011

**Customer/Associate Complaints**
Jan 26, 2011
March 14, 2011
Feb 28, 2011
March 2, 2011
October 19, 2010
October 8, 2010

**Lack of Follow Through**
Jan 26, 2011
March 26, 2010
Oct 1, 2009
Aug 16, 2006

**Refusal to Follow Directions**
Sept 16, 2010

**PIPs**
Jul 27, 2007
Feb, 2011