# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NANCY ROBERTSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:11-cv-04299 |
| | § | |
| WILLIAMS-SONOMA STORES, INC. AND | § | |
| WILLIAMS SONOMA, INC., | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF MARK J. OBERTI

| | |
|---|---|
| STATE OF T E X A S | § |
| | § |
| COUNTY OF HARRIS | § |

On this day, personally appeared before me, the undersigned authority, Mark J. Oberti,

who upon his oath, deposes and states:

1.     My name is Mark J. Oberti. I am over the age of 21, competent to make this affidavit, and have personal knowledge that everything stated herein is true and correct.

2.     I attest that the factual assertions set forth in Sections II.D.2(a) through (c) of Plaintiff's Motion for Entry of Judgment are all true and correct on my personal knowledge.

3.     I have personal knowledge that the costs claimed in Exhibit 4-B were actually incurred by Oberti Sullivan LLP in this case, and have been paid by Oberti Sullivan LLP in this case.

4.     I have personal knowledge of the fact that the documents attached to Plaintiff's Motion for Entry of Judgment as Exhibits 4-A and 4-B are from records kept by Oberti Sullivan LLP in the regular course of business, and it was the regular course of business of Oberti Sullivan LLP for an employee or representative of Oberti Sullivan LLP with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the records or to transmit information thereof to be included in such records; and the records were made at or near the time or reasonably soon thereafter. The records attached hereto are true and correct copies of the originals.



EXHIBIT
4

Further, Affiant sayeth naught.

_____
MARK J. OBERTI

SUBSCRIBED AND SWORN TO before me on this the 20th day of February 2013, certify which witness my hand and seal of office.

Notary Public in and for
The State of T E X A S
Printed name: _____
My commission expires: _____

2

# EXHIBIT 4-A

# Oberti Sullivan LLP

723 Main Street, Suite 340
Houston, TX 77002
Phone: (713) 401-3555   |   Fax: (713) 401-3547

Nancy Robertson
19942 Sky Hollow Lane
Katy, TX 77450

Invoice Date: February 20, 2013
Invoice Number: Pre-bill
**Invoice Amount: $147,820.00**

### Matter: Robertson v. Williams-Sonoma, Inc. and Williams-Sonoma Stores, Inc.

**Attorney's Fees**

| | | | | |
|---|---|---|---|---|
| 5/5/2011 | Meeting with Nancy Robertson to discuss potential age discrimination claim. | M.J.O. | 1.50 | $600.00 |
| 5/13/2011 | Meeting with Brian Baldwin to discuss facts of case and obtain affidavit. | M.J.O. | 1.20 | $480.00 |
| 5/13/2011 | Research and prepare six page demand letter to Williams-Sonoma's General Counsel, Seth Jaffe. | M.J.O. | 4.00 | $1,600.00 |
| 5/16/2011 | Revise letter to Defendant | E.S. | .80 | $300.00 |
| 5/17/2011 | Revise demand letter | E.S. | .30 | $112.50 |
| 6/9/2011 | Review defendant's response to demand letter and conference with client regarding same. | M.J.O. | 1.00 | $400.00 |
| 6/13/2011 | Meeting with client to prepare TWC-CRD charge and go over Pottery Barn's lawyer's letter. | M.J.O. | 1.50 | $600.00 |
| 6/23/2011 | Interview Jackie Brader and prepare affidavit for her to sign. | M.J.O. | 1.00 | $400.00 |
| 6/23/2011 | Interview Carol Kochanski and prepare affidavit for her to sign. | M.J.O. | 1.00 | $400.00 |
| 6/23/2011 | Conference with Brian Fagin regarding his perceptions of Nancy Robertson, and prepare draft affidavit for him to sign based on what he told me. | M.J.O. | 1.00 | $400.00 |

**EXHIBIT**

4 - A

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 6/23/2011 | Review 73 page packet submitted by Pottery Barn to the TWC for the unemployment appeal hearing next Tuesday, and for use in this case. | M.J.O. | 1.50 | $600.00 |
| 6/27/2011 | Analyze administrative record for unemployment hearing representation | E.S. | 1.00 | $375.00 |
| 6/28/2011 | Prepare for and attend abbreviated TWC hearing | E.S. | 1.50 | $562.50 |
| 6/29/2011 | Prepare correspondence to K. Beets regarding affidavit of C. Kochanski | E.S. | .10 | $37.50 |
| 7/11/2011 | Prepare correspondence to employer's representative regarding an affidavit supplemented for unemployment hearing | E.S. | .10 | $37.50 |
| 8/22/2011 | Analyze TWC findings | E.S. | .10 | $37.50 |
| 9/7/2011 | Prepare 20 page complaint. | M.J.O. | 6.00 | $2,400.00 |
| 9/8/2011 | Conference with Harleigh Jones and prepare affidavit based on what he said. | M.J.O. | .50 | $200.00 |
| 10/5/2011 | Conference with Megan Taflinger regarding her perceptions of Nancy and prepare affidavit regarding same. | M.J.O. | .50 | $200.00 |
| 10/10/2011 | Revise federal court complaint. | M.J.O. | 2.00 | $800.00 |
| 10/12/2011 | Prepare Rogs and RFPs to Williams-Sonoma. | M.J.O. | 2.50 | $1,000.00 |
| 10/13/2011 | Prepare Rogs and RFPs to Williams-Sonoma. | M.J.O. | 2.00 | $800.00 |
| 10/20/2011 | Review Megan T. affidavit and include into complaint. | M.J.O. | .70 | $280.00 |
| 10/20/2011 | Conferences with Nancy Robertson about case and Cathy Robinson. | M.J.O. | .50 | $200.00 |
| 10/25/2011 | Conference with Barbie Lomonte to prepare affidavit. | M.J.O. | .50 | $200.00 |
| 10/28/2011 | Revise federal court complaint. | M.J.O. | 1.50 | $600.00 |
| 10/28/2011 | Review Barbie Lomonte affidavit and include in complaint. | M.J.O. | .30 | $120.00 |
| 11/13/2011 | Revise and prepare lengthy original complaint. | M.J.O. | 2.00 | $800.00 |
| 12/1/2011 | Prepare 40 page complaint. | M.J.O. | 1.00 | $400.00 |

| 12/1/2011 | Review complaint | M.Y. | 2.20 | $385.00 |
| 12/3/2011 | Prepare complaint. | M.J.O. | 1.50 | $600.00 |
| 12/5/2011 | Conference with Nancy to go over complaint. | M.J.O. | .70 | $280.00 |
| 12/5/2011 | Revise federal court complaint. | M.J.O. | 2.00 | $800.00 |
| 12/8/2011 | Review and analyze company's response to Robertson's TWC-CRD charge. | M.J.O. | 1.00 | $400.00 |
| 12/9/2011 | Meeting with Mrs. Robertson to review complaint one last time before it is filed, and go over the Company's response to her TWC-CRD charge of discrimination. | M.J.O. | 1.50 | $600.00 |
| 12/9/2011 | Prepare and file 40+ page complaint. | M.J.O. | 3.00 | $1,200.00 |
| 1/16/2012 | Prepare written discovery to send Defendant. | M.J.O. | .50 | $200.00 |
| 1/16/2012 | Prepare letter forwarding Rule 26(a)(1) disclosures and seeking depositions of 9 different Williams-Sonoma employees. | M.J.O. | .80 | $320.00 |
| 1/17/2012 | Prepare and finish Rule 26(a)(1) disclosures. | M.J.O. | 1.00 | $400.00 |
| 1/24/2012 | Prepare first amended complaint, adding Williams-Sonoma Stores, Inc. | M.J.O. | .30 | $120.00 |
| 2/7/2012 | Prepare RFAs. | M.J.O. | 2.00 | $800.00 |
| 2/17/2012 | Review Defendant's answer and send their lawyers letter regarding case resolution. | M.J.O. | 1.00 | $400.00 |
| 2/17/2012 | Prepare Rogs, RFP, and RFAs. | M.J.O. | 2.00 | $800.00 |
| 2/27/2012 | Review and comment on proposed agreed protective order. | M.J.O. | .30 | $120.00 |
| 3/20/2012 | Review and analyze Defendants' Rule 26(a)(1) disclosures and the 400+ documents they produced. | M.J.O. | 3.00 | $1,200.00 |
| 3/20/2012 | Prepare e-mail to Defendants' counsel regarding their failure to provide their witnesses' home addresses, home phone numbers, and cell phone numbers, as required by Rule 26. | M.J.O. | .50 | $200.00 |
| 3/20/2012 | Prepare draft of JDCMP. | M.J.O. | .50 | $200.00 |
| 3/22/2012 | Prepare discovery to send Defendants. | M.J.O. | 2.00 | $800.00 |

| 3/22/2012 | Conference with Nancy Robertson regarding the witnesses Defendants listed on their Rule 26 disclosures. | M.J.O. | .80 | $320.00 |
|---|---|---|---|---|
| 4/6/2012 | Prepare for and attend scheduling conference. | M.J.O. | 1.00 | $400.00 |
| 5/23/2012 | Review all of Williams-Sonoma's discovery responses and documents produced, and incorporate same into deposition binder of exhibits. | M.J.O. | 6.00 | $2,400.00 |
| 5/24/2012 | Prepare 20+ page letter to Williams-Sonoma regarding deficiencies in their discovery responses. | M.J.O. | 4.00 | $1,600.00 |
| 5/30/2012 | Review expert reports and prepare deposition outline for depositions next week. | M.J.O. | 5.00 | $2,000.00 |
| 5/31/2012 | Prepare discovery responses. | M.J.O. | 4.00 | $1,600.00 |
| 5/31/2012 | Prepare letter to mediator for mediation of this case. | M.J.O. | 2.00 | $800.00 |
| 6/4/2012 | Prepare mediation PowerPoint | E.S. | 2.80 | $1,050.00 |
| 6/14/2012 | Review Defendants' response to my letter about their discovery deficiencies, and prepare a reply letter. | M.J.O. | 2.00 | $800.00 |
| 6/14/2012 | Prepare mediation letter. | M.J.O. | .50 | $200.00 |
| 6/19/2012 | Meeting with Nancy to prepare discovery responses. | M.J.O. | 1.00 | $400.00 |
| 6/19/2012 | Meeting with Nancy to review and discuss documents produced by Defendants. | M.J.O. | 3.00 | $1,200.00 |
| 6/23/2012 | Review letter from M. Kobata regarding discovery issues, and write and send letter responding to same. | M.J.O. | .30 | $120.00 |
| 7/9/2012 | Prepare outline for Natalie Spangler's deposition. | M.J.O. | 1.00 | $400.00 |
| 7/9/2012 | Prepare power point for mediation. | M.J.O. | 2.00 | $800.00 |
| 7/11/2012 | Meeting with Nancy to prepare for her deposition. | M.J.O. | 2.50 | $1,000.00 |
| 7/11/2012 | Prepare outline for Natalie Spangler's deposition. | M.J.O. | 2.00 | $800.00 |
| 7/12/2012 | Defend Nancy's deposition. | M.J.O. | 8.00 | $3,200.00 |
| 7/13/2012 | Prepare outline for Natalie Spangler's deposition, and take her deposition. | M.J.O. | 10.00 | $4,000.00 |
| 7/16/2012 | Revise letter to mediator based on Natalie Spangler's deposition. | M.J.O. | 3.00 | $1,200.00 |
| 7/16/2012 | Prepare 2nd RFP to send Defendants. | M.J.O. | 1.00 | $400.00 |

| 7/29/2012 | Read Spangler's nearly 400 page deposition transcript, and prepare 2nd RFP to send Defendants. | M.J.O. | 4.00 | $1,600.00 |
|---|---|---|---|---|
| 8/10/2012 | Prepare for and attend mediation. | M.J.O. | 10.00 | $4,000.00 |
| 8/11/2012 | Prepare 3rd RFP. | M.J.O. | 2.00 | $800.00 |
| 8/27/2012 | Research offer of judgment rules and case law | E.S. | 1.00 | $375.00 |
| 10/8/2012 | Conference with Nancy Robertson regarding answers to Defendants Second Rogs and RFP. | M.J.O. | 1.00 | $400.00 |
| 11/1/2012 | Prepare for and attend Brian Fagin Deposition. | M.J.O. | 6.00 | $2,400.00 |
| 11/2/2012 | Review plaintiff's proposed jury charge | M.Y. | .80 | $140.00 |
| 11/12/2012 | Prepare for and attend Brian Baldwin depo. | M.J.O. | 6.00 | $2,400.00 |
| 11/13/2012 | Review affidavits to familiarize myself with the facts and prepare for depositions | M.Y. | .60 | $105.00 |
| 11/14/2012 | Attend and take deposition of Harleigh Jones | M.Y. | 1.50 | $262.50 |
| 11/14/2012 | Prepare for and take depositions of Carol Kochanski and Illiana Loya. | M.J.O. | 5.00 | $2,000.00 |
| 11/20/2012 | Prepare for and take depositions of Lynn Terna and Susan Mancuso. | M.J.O. | 8.50 | $3,400.00 |
| 11/21/2012 | Prepare for and attend Megan Taflinger deposition. | M.J.O. | 2.00 | $800.00 |
| 11/28/2012 | Prepare for and take depositions of Teri Weingarten, Socorro Santiago, Corinna Kafznia, and Annieva Stokan. | M.J.O. | 4.00 | $1,600.00 |
| 11/28/2012 | Prepare trial exhibit list and exhibits. | M.J.O. | 4.00 | $1,600.00 |
| 11/29/2012 | Attend deposition of Dr. A. Foster and travel to and from same | M.Y. | 3.00 | $525.00 |
| 12/2/2012 | Prepare JPTO. | M.J.O. | 5.00 | $2,000.00 |
| 12/3/2012 | Prepare JPTO. | M.J.O. | 7.00 | $2,800.00 |
| 12/5/2012 | Prepare JDCMP. | M.J.O. | 8.00 | $3,200.00 |
| 12/6/2012 | Prepare JDCMP. | M.J.O. | 6.00 | $2,400.00 |
| 12/6/2012 | Analyze and review joint pretrial order | M.Y. | 3.00 | $525.00 |
| 12/11/2012 | Prepare Statement of Facts. | M.J.O. | 5.00 | $2,000.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 12/11/2012 | Review, analyze, and cite check pretrial brief | M.Y. | 1.40 | $245.00 |
| 12/12/2012 | Prepare Statement of Facts. | M.J.O. | 6.00 | $2,400.00 |
| 12/13/2012 | Prepare Statement of Facts. | M.J.O. | 8.00 | $3,200.00 |
| 12/13/2012 | Prepare pretrial legal brief on liability, 15 evidentiary issues, and damages. | M.J.O. | 4.00 | $1,600.00 |
| 12/14/2012 | Prepare pretrial legal brief on liability, 15 evidentiary issues, and damages. | M.J.O. | 8.00 | $3,200.00 |
| 12/17/2012 | Prepare JPTO and prepare and send lengthy e-mail to Rob Mussig forwarding same. | M.J.O. | 2.00 | $800.00 |
| 12/27/2012 | Conference with Rob Mussig regarding discovery issues. | M.J.O. | .30 | $120.00 |
| 1/6/2013 | Review Defendants' deposition designations of Fagin and Baldwin's depositions, and enter counter-designations in response. | M.J.O. | 2.00 | $800.00 |
| 1/18/2013 | Prepare JDCMP and documents for same. | M.J.O. | 5.00 | $2,000.00 |
| 1/18/2013 | Review Defendants' witness and exhibit designations and file a motion to strike exhibit 164. | M.J.O. | 2.00 | $800.00 |
| 1/21/2013 | Prepare exhibits for trial | E.S. | 2.40 | $900.00 |
| 1/21/2013 | Prepare for Jeff Van Antwerp's deposition this Wednesday. | M.J.O. | 3.00 | $1,200.00 |
| 1/21/2013 | Prepare motion for court to take judicial notice of Defendants' certain RFA responses and to read same to the jury. | M.J.O. | .60 | $240.00 |
| 1/21/2013 | Prepare opening statement. | M.J.O. | 1.00 | $400.00 |
| 1/22/2013 | Prepare PowerPoint of N. Robertson's performance | E.S. | .80 | $300.00 |
| 1/22/2013 | Review plaintiff's response to defendants' objections to proposed trial exhibits | M.Y. | .50 | $87.50 |
| 1/23/2013 | Prepare for and take Jeff Van Antwerp's deposition. | M.J.O. | 4.50 | $1,800.00 |
| 1/25/2013 | Prepare for and attend Pretrial Conference. | M.J.O. | 3.50 | $1,400.00 |
| 1/29/2013 | Outline cross and direct examinations of all the witnesses, except Plaintiff, Spangler, Terna, and Van Antwerp. | M.J.O. | 4.00 | $1,600.00 |

| 1/30/2013 | Outline Spangler's cross examination. | M.J.O. | 4.00 | $1,600.00 |
| 2/1/2013 | Prepare Jeff Van Antwerp's cross examination after reading his deposition transcript. | M.J.O. | 3.00 | $1,200.00 |
| 2/1/2013 | Visit courtroom to review available technology for use during the trial. | M.J.O. | 1.00 | $400.00 |
| 2/1/2013 | Prepare exhibits for trial | E.S. | .50 | $187.50 |
| 2/6/2013 | Prepare for opening and closing arguments. | M.J.O. | 3.00 | $1,200.00 |
| 2/6/2013 | Review designations and deposition excerpts in preparation for trial | M.Y. | 1.00 | $175.00 |
| 2/7/2013 | Meeting with Nancy Robertson to prepare her for direct and cross examination, and also take her to the courthouse to see where the trial will take place. | M.J.O. | 6.00 | $2,400.00 |
| 2/7/2013 | Review designations and deposition excerpts in preparation for trial | M.Y. | 1.00 | $175.00 |
| 2/8/2013 | Various tasks and preparations for trial Monday. | M.J.O. | 2.00 | $800.00 |
| 2/8/2013 | Review edited deposition DVD for B. Fagin | M.Y. | 2.00 | $350.00 |
| 2/8/2013 | Review edited deposition DVD for B. Baldwin | M.Y. | 2.00 | $350.00 |
| 2/10/2013 | Prepare and practice opening statement and intended closing statement. | M.J.O. | 6.00 | $2,400.00 |
| 2/11/2013 | Travel to courthouse to assist in courtroom set up and attend trial | M.Y. | 1.00 | $175.00 |
| 2/11/2013 | Prepare for and attend trial. | M.J.O. | 8.00 | $3,200.00 |
| 2/12/2013 | Prepare for and attend trial. | M.J.O. | 10.00 | $4,000.00 |
| 2/12/2013 | Prepare for and attend trial. | M.J.O. | 12.00 | $4,800.00 |
| 2/13/2013 | Prepare for and attend trial. | M.J.O. | 12.00 | $4,800.00 |
| 2/14/2013 | Prepare for and attend trial. | M.J.O. | 12.00 | $4,800.00 |
| 2/15/2013 | Prepare for and make closing arguments. | M.J.O. | 6.00 | $2,400.00 |
| 2/17/2013 | Analyze law on pre-judgment and post-judgment interest and write e-mail regarding same | E.S. | .80 | $300.00 |

| 2/17/2013 | Prepare motion for entry of final judgment. | M.J.O. | 6.00 | $2,400.00 |
| 2/18/2013 | Research and prepare motion for entry of judgment. | M.J.O. | 4.00 | $1,600.00 |
| 2/19/2013 | Prepare e-mail memorandum on pre-judgment interest | E.S. | .60 | $225.00 |

**SUBTOTAL:**                                               **381.60**   **$147,820.00**

**Costs**


**SUBTOTAL:**                                                      **$0.00**

**TOTAL: $147,820.00**
**PREVIOUS BALANCE DUE: $0.00**
**CURRENT BALANCE DUE AND OWING: $147,820.00**

# EXHIBIT 4-B

# Oberti Sullivan LLP

723 Main Street, Suite 340
Houston, TX 77002
Phone: (713) 401-3555  |  Fax: (713) 401-3547

Nancy Robertson
19942 Sky Hollow Lane
Katy, TX 77450

Invoice Date: February 20, 2013
Invoice Number: Pre-bill
**Invoice Amount: $8,965.64**

### Matter: Robertson v. Williams-Sonoma, Inc. and Williams-Sonoma Stores, Inc.

**Costs**

| | | |
|---|---|---|
| 11/15/2011 | Invoice: Texas Workforce Commission (TWC-CRD records) | $47.80 |
| 12/30/2011 | Filing fee - federal court petition | $350.00 |
| 7/31/2012 | Invoice: Lighthouse Document Solutions (#79171 - copies/deposition exhibit binders) | $213.34 |
| 7/31/2012 | Invoice: Sunbelt Reporting (#163918 - Natalie Spangler deposition transcript/court reporter fees) | $1,673.50 |
| 11/16/2012 | Invoice: US Legal Support (Nos. 340347 and 340500 - medical/billing records from Dr. Foster/Cinco Family Medicine) | $129.65 |
| 11/30/2012 | Invoice: Gulfstream Legal (#98077 - Kochanski, Jones, and Loya depositions) | $711.35 |
| 11/30/2012 | Invoice: Gulfstream Legal (#98076 - Taflinger deposition) | $218.21 |
| 12/20/2012 | Invoice: Worldwide Reporting (#111554 - Robertson deposition) | $483.96 |
| 12/20/2012 | Invoice: Lighthouse Document Solutions (#82024 - copies/trial exhibit binders) | $420.94 |
| 12/20/2012 | Invoice: Sunbelt Reporting (#167543 - Terna and Mancuso deposition transcripts) | $1,186.00 |
| 12/20/2012 | Invoice: Sunbelt Reporting (#167987 - Weingarten, Santiago, Kasznia, and Stokan deposition transcripts) | $1,182.40 |
| 12/20/2012 | Invoice: Veritext Reporting (#CA1623725 - Baldwin deposition transcript) | $648.00 |



EXHIBIT
4 - B

| | | |
|---|---|---|
| 1/31/2013 | Invoice: Sunbelt Reporting (#168983 - Jeff Van Antwerp deposition transcript/court reporter fees) | $685.90 |
| 2/5/2013 | Invoice: Gulfstream Legal (#C14648 - Dr. Foster deposition) | $198.55 |
| 2/8/2013 | Invoice: Lighthouse Document Solutions (#83338 - copies/trial exhibit binders/boards) | $736.04 |
| 2/15/2013 | Invoices: Sunbelt Reporting (witness fees - B. Lomonte ($40.00) and C. Kochanski ($40.00) | $80.00 |

**SUBTOTAL:**                                                                                              **$8,965.64**

**TOTAL: $8,965.64**
PREVIOUS BALANCE DUE: $0.00
CURRENT BALANCE DUE AND OWING: $8,965.64

## Texas Workforce Commission
### Austin, Texas
### Open Records - Invoice



| Client Mailing Address: | Invoice Address (if other than client address): |
|---|---|
| Mark J. Oberti<br>Oberti/Sullivan LLP<br>723 Main Street<br>Suite 340<br>Houston     TX 77002 | |

| | |
|---|---|
| Request Order #:   111031-016 | 31C-2011-01002 |
| Subject Reference:   Nancy Robertson | Date Information Released: |
| Request Rec'd Date:   10/31/2011 | Invoice Date:   11/9/2011 |

| | |
|---|---|
| Total Charges: | $47.80 |
| Amount Paid: | $0.00 |
| Date Paid: | |
| Balance Due: | $47.80 |

Comment

**Make Payable To:** Texas Workforce Commission
Revenue And Trust Management
P.O. Box 877
Austin, Texas 78767
**Questions To:**   Shauntay Black

| | |
|---|---|
| TDD 1-800-735-2989 | |
| TWC's FEIN: 74-2764775 | |
| RTI Code: | 111401 |
| Phone #: | 512-305-9871 |
| Fax #: | 512-463-2990 |

✂ **Cut here and return bottom portion with payment**

------------------------------------------------------------

### Please return this portion with payment

Please include Request Job **111031-016** on your check by: **11/24/2011**

Payment From:

Requester Name: Mark J. Oberti
Street Address 1: 723 Main Street
Street Address 2: Suite 340
Street Address 3:
City:   Houston     State: TX   Zip 77002

Send Payment To:
    Texas Workforce Commission
    Revenue And Trust Management
    P.O. Box 877
    Austin, Texas 78767

Assigned To: Shauntay Black





Friday, December 9, 2011 5:06:40 PM CT

**Subject:** Pay.Gov Payment Confirmation

**Date:** Friday, December 9, 2011 5:02:18 PM CT

**From:** paygovadmin@mail.doc.twai.gov

**To:** Julie Taylor

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Transaction Summary

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 2555PU39
Agency Tracking ID: 0541-8991722
Transaction Type: Sale
Transaction Date: Dec 9, 2011 6:02:18 PM



Account Holder Name: Edwin Sullivan
Transaction Amount: $350.00
Billing Address: 723 Main
Billing Address 2: Suite 340
City: Houston
State/Province: TX
Zip/Postal Code: 77002
Country: USA
Card Type: Visa
Card Number: ************0506



**LIGHTHOUSE**
DOCUMENT SOLUTIONS

2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443



Invoice

| DATE | INVOICE # |
|---|---|
| 7/12/2012 | 79171 |

**BILL TO:**

Oberti/Sullivan LLP
Julie Taylor
723 Main St. Ste 340
Houston, TX 77002

**SHIP TO:**

Oberti/Sullivan LLP
Julie Taylor
723 Main St. Ste 340
Houston, TX 77002

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| Robertson/WS | Net 30 | 58 | 7/12/2012 | | 150 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 910 | 1004 | Heavy Litigation Copies | 0.15 | 136.50T |
| 119 | 4006 | Tabs | 0.30 | 35.70T |
| 1 | 4013 | 5" Three Ring Binder | 24.88 | 24.88T |
| | | Sales Tax | 8.25% | 16.26 |





PLEASE PAY FROM
THIS INVOICE

TOTAL          $213.34

# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South, Suite 580
Bellaire, TX 77401
Phone:713-667-0763  Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 163918 | 7/31/2012 | 101822 |
| **Job Date** | **Case No.** | |
| 7/13/2012 | 4:11-CV-04299 | |
| **Case Name** | | |
| NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

Charge for Preparation of Original Transcript for:

| NATALIE SPANGLER | 373.00 Pages | 1,492.00 |
|---|---|---|
| ADMINISTRATION/ ORIG | | 84.00 |
| E - TRANSCRIPT | | 30.00 |
| *Delivery/Reg/ORIG | | 35.00 |
| Witness Signature Letter | | 32.50 |
| (TAXABLE $1,643.50) | | |
| | **TOTAL DUE >>>** | **$1,673.50** |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT
WE APPRECIATE YOUR BUSINESS!

 

**Tax ID:** 76-0119034

Phone: 713/401-3555   Fax:713/401-3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

| Job No. | : 101822 | BU ID | : 01-H Depo |
|---|---|---|---|
| Case No. | : 4:11-CV-04299 | | |
| Case Name | : NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |
| Invoice No. | : 163918 | Invoice Date | : 7/31/2012 |
| **Total Due** | **: $1,673.50** | | |

| PAYMENT WITH CREDIT CARD | AMEX   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:   **Sunbelt Reporting & Litigation Services**
**6575 West Loop South, Suite 580**
**Bellaire, TX 77401**

# INVOICE

U.S. Legal Support Inc.
363 N. Sam Houston Parkway E., Suite 900
Houston, TX 77060
Phone:713-653-7100  Fax:713-653-7171

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 340347 | 11/13/2012 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 43221.007 | 9/14/2012 | 4-11-CV-04299 |
| Case Name | | |
| Nancy Robertson vs. Williams-Sonoma, Inc. | | |

Mark J. Oberti
Oberti Sullivan L.L.P.
723 Main Street
Suite 340
Houston, TX  77002



| Records Pertaining To |
|---|
| Nancy G. Robertson |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CINCO FAMILY MEDICINE / AMI C. FOSTER, M.D.<br>MED & BILLING<br>24022 CINCO VILLAGE CENTER BLVD.,<br>SUITE 240<br>KATY, TX  77494 | Mark J. Oberti<br>Oberti Sullivan L.L.P.<br>723 Main Street<br>Suite 340<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

1 SET OF Medical RECORDS OF:

    Nancy G. Robertson (Medical)           42.00  Pages           23.10

        BASIC COPY FEE                                   45.00

        DELIVERY FEE                                    8.00

**TOTAL DUE  >>>**           **$76.10**

AFTER 12/28/2012  PAY      $83.71

**Tax ID:** 76-0523238                                  Phone: 713-401-3555   Fax:713-401-3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan L.L.P.
723 Main Street
Suite 340
Houston, TX  77002

Invoice No.   :  340347
Invoice Date  :  11/13/2012
**Total Due**    **:  $ 76.10**
AFTER 12/28/2012  PAY  $83.71

Remit To: **U.S. Legal Support Inc.**
         **Texas Records**
         **P. O. Box 952172**
         **Dallas, TX  75395-2172**

Order No.     :  43221.007
BU ID       :  1-HOU
Case No.     :  4-11-CV-04299
Case Name   :  Nancy Robertson vs. Williams-Sonoma, Inc.

# INVOICE

U.S. Legal Support Inc.
363 N. Sam Houston Parkway E., Suite 900
Houston, TX 77060
Phone:713-653-7100  Fax:713-653-7171

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 340500 | 11/14/2012 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 43221.008 | 9/17/2012 | 4-11-CV-04299 |
| | **Case Name** | |
| Nancy Robertson vs. Williams-Sonoma, Inc. | | |
| | **Records Pertaining To** | |
| Nancy G. Robertson | | |

Mark J. Oberti
Oberti Sullivan L.L.P.
723 Main Street
Suite 340
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CINCO FAMILY MEDICINE / AMI C. FOSTER, M.D.<br>MED & BILLING<br>24022 CINCO VILLAGE CENTER BLVD., SUITE 240<br>KATY, TX 77494 | Mark J. Oberti<br>Oberti Sullivan L.L.P.<br>723 Main Street<br>Suite 340<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

1 SET OF Billing RECORDS OF:

    Nancy G. Robertson (Billing)

| | | |
|---|---|---|
| BASIC COPY FEE | 1.00 Pages | 0.55 |
| DELIVERY FEE | | 45.00 |
| | | 8.00 |

**TOTAL DUE >>>**    **$53.55**
AFTER 12/29/2012 PAY    $58.91

**Tax ID:** 76-0523238

Phone: 713-401-3555   Fax:713-401-3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan L.L.P.
723 Main Street
Suite 340
Houston, TX 77002

Invoice No.   :   340500
Invoice Date   :   11/14/2012
**Total Due**   :   **$ 53.55**
AFTER 12/29/2012 PAY   $58.91

Remit To: **U.S. Legal Support Inc.**
      **Texas Records**
      **P. O. Box 952172**
      **Dallas, TX 75395-2172**

Order No.   :   43221.008
BU ID   :   1-HOU
Case No.   :   4-11-CV-04299
Case Name   :   Nancy Robertson vs. Williams-Sonoma, Inc.

# INVOICE

GULFSTREAM LEGAL COURT REPORTING
HOUSTON
(713) 354-2339  Fax (713) 237-8742
San Antonio / Austin, TX
Phone:210-490-6444   Fax:210-579-6507

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 98077 | 11/30/2012 | 42229 |
| **Job Date** | **Case No.** | |
| 11/14/2012 | 4:11-CV-04299 | |
| **Case Name** | | |
| Nancy Robertson Vs. Williams-Sonoma Stores, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

ENTERED
12/3/12

Mark J. Oberti
Oberti Sullivan, LLP
723 Main Street, Suite 340
Houston, TX 77002

PAID
12/20/12
#/541

One copy of the videotaped deposition of:
Carol Kochanski                                                                      219.44

One copy of the videotaped deposition of:
Harleigh Jones                                                                       210.50

One copy of the videotaped deposition of:
Illiana Loya                                                                          281.41

*Printed transcripts only*

**TOTAL DUE >>>          $711.35**

Terms: Net 30 days.
Terms are not contingent on client payment.
For billing questions, please call (713) 354-2336.

**Tax ID:** 76-0602416

Phone: 713-401-3555   Fax:713-401-3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan, LLP
723 Main Street, Suite 340
Houston, TX 77002

Invoice No.    : 98077
Invoice Date   : 11/30/2012
**Total Due     : $ 711.35**

Remit To: **Gulfstream Legal Group - Court Reporting**
**1300 Texas Ave.**
**Houston, TX 77002**

Job No.      : 42229
BU ID        : 6-ALL
Case No.     : 4:11-CV-04299
Case Name    : Nancy Robertson Vs. Williams-Sonoma
               Stores, Inc.

# INVOICE

GULFSTREAM LEGAL COURT REPORTING
HOUSTON
(713) 354-2339  Fax (713) 237-8742
San Antonio / Austin, TX
Phone:210-490-6444  Fax:210-579-6507

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 98076 | 11/30/2012 | 42258 |
| **Job Date** | **Case No.** | |
| 11/21/2012 | 4:11-CV-04299 | |
| **Case Name** | | |
| Nancy Robertson Vs. Williams-Sonoma Stores, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mark J. Oberti
Oberti Sullivan, LLP
723 Main Street, Suite 340
Houston, TX  77002



Original and one copy of the videotaped deposition of:
Megan Taflinger                                                                 218.21

                                                        **TOTAL DUE >>>**        **$218.21**

Terms:- Net 30 days.
Terms are not contingent on client payment.
For billing questions, please call (713) 354-2336.

*Printed transcript only*

Tax ID: 76-0602416                                Phone: 713-401-3555  Fax:713-401-3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan, LLP
723 Main Street, Suite 340
Houston, TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 98076 |
| Invoice Date | : | 11/30/2012 |
| **Total Due** | : | **$ 218.21** |

Remit To: **Gulfstream Legal Group - Court Reporting**
**1300 Texas Ave.**
**Houston, TX  77002**

| | | |
|---|---|---|
| Job No. | : | 42258 |
| BU ID | : | 6-ALL |
| Case No. | : | 4:11-CV-04299 |
| Case Name | : | Nancy Robertson Vs. Williams-Sonoma Stores, Inc. |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111554 | 12/5/2012 | 40633 |

| Job Date | Case No. | |
|---|---|---|
| 7/12/2012 | 4:11-CV-04299 | |

| Case Name | | |
|---|---|---|
| Nancy Robertson vs. Williams-Sonoma Stores, Inc. and Williams-Sonoma, Inc. | | |

Mark J. Oberti
OBERTI / SULLIVAN, L.L.P.
723 Main, Suite 340
Houston TX 77002

| Payment Terms |
|---|
| Due upon receipt |

---

REQUEST FOR 1 COPY AND EXHIBITS TO THE DEPOSITION OF:

Nancy Robertson                                                                    519.96

**TOTAL DUE >>>**                          **$519.96**

The Deposition and exhibits were sent to your Firm via e-mail only. No hard copy was requested.

(-) Payments/Credits:                  36.00
(+) Finance Charges/Debits:           0.00
(=) New Balance:                    **$483.96**




Tax ID: 74-2175895                                                      Phone: 713 240 1294   Fax:

*Please detach bottom portion and return with payment.*

Mark J. Oberti
OBERTI / SULLIVAN, L.L.P.
723 Main, Suite 340
Houston TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 111554 |
| Invoice Date | : | 12/5/2012 |
| **Total Due** | : | **$ 483.96** |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40633 |
| BU ID | : | 1-HOU |
| Case No. | : | 4:11-CV-04299 |
| Case Name | : | Nancy Robertson vs. Williams-Sonoma Stores, Inc. and Williams-Sonoma, Inc. |

![Lighthouse Document Solutions logo]

**LIGHTHOUSE**
DOCUMENT SOLUTIONS

2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/12/2012 | 82024 |

| BILL TO: |
|----------|
| Oberti/Sullivan LLP |
| Julie Taylor |
| 723 Main St. Ste 340 |
| Houston, TX 77002 |

| SHIP TO: |
|----------|
| Oberti/Sullivan LLP |
| 723 Main St. Ste 340 |
| Houston, TX 77002 |



| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| Robertson | Net 30 | 58 | 12/12/2012 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 934 | 5001 | Imaging | 0.15 | 140.10T |
| 54 | 4006 | Tabs | 0.30 | 16.20T |
| 2 | 4013 | 5" Three Ring Binder | 24.88 | 49.76T |
| 1 | 3001 | Oversize Documents | 2.70 | 2.70T |
| 2 | 5006 | CD Master | 20.00 | 40.00T |
| 934 | 5001 | Imaging | 0.15 | 140.10T |
| | | Sales Tax | 8.25% | 32.08 |

ENTERED
12/20/12

*Julie Tay*
*trial exhibits binder, etc.*
*Joint Pretrial materials*

**TOTAL**   $420.94



# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South, Suite 580
Bellaire, TX 77401
Phone:713-667-0763  Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 167543 | 12/7/2012 | 105081 |

| Job Date | Case No. | |
|---|---|---|
| 11/20/2012 | 4:11-CV-04299 | |

| Case Name | | |
|---|---|---|
| NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002



| Payment Terms |
|---|
| Due upon receipt |

| | | |
|---|---|---|
| Charge for Preparation of Original Transcript for: | | |
| ELIZABETH LYNN TERNA | 95.00 Pages | 380.00 |
| ADMINISTRATION/ ORIG | | 84.00 |
| E - TRANSCRIPT/ PDF-IT | | 30.00 |
| *Delivery/Reg/ORIG | 0.50 | 22.50 |
| Witness Signature Letter | | 32.50 |
| Exhibit Processing/ORIG | 53.00 Pages | 21.20 |
| (TAXABLE $540.20) | | |
| Charge for Preparation of Original Transcript for: | | |
| SUSAN MANCUSO | 111.00 Pages | 444.00 |
| ADMINISTRATION/ ORIG | | 84.00 |
| E - TRANSCRIPT/ PDF-IT | | 30.00 |
| *Delivery/Reg/ORIG | 0.50 | 22.50 |
| Witness Signature Letter | | 32.50 |
| Exhibit Processing/ORIG | 7.00 Pages | 2.80 |
| (TAXABLE $585.80) | | |
| | TOTAL DUE >>> | **$1,186.00** |

**Tax ID:** 76-0119034

Phone: 713/401-3555   Fax:713/401-3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 105081 | BU ID | : 01-H Depo |
| Case No. | : 4:11-CV-04299 | | |
| Case Name | : NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |
| Invoice No. | : 167543 | Invoice Date | : 12/7/2012 |
| Total Due | : $1,186.00 | | |

Remit To:   **Sunbelt Reporting & Litigation Services**
**6575 West Loop South, Suite 580**
**Bellaire, TX  77401**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South, Suite 580
Bellaire, TX 77401
Phone:713-667-0763  Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 167987 | 12/19/2012 | 105082 |

| Job Date | Case No. | |
|---|---|---|
| 11/28/2012 | 4:11-CV-04299 | |

| Case Name | | |
|---|---|---|
| NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

| Payment Terms |
|---|
| Due upon receipt |

| | | | |
|---|---|---|---|
| Charge for Preparation of Original Transcript for: | | | |
| TERI S. WEINGARTEN | 54.00 | Pages | 216.00 |
| ADMINISTRATION/ ORIG | | | 84.00 |
| E - TRANSCRIPT/ PDF-IT | | | 30.00 |
| *Delivery/Reg/ORIG | | | 17.00 |
| Witness Signature Letter | | | 32.50 |
| Exhibit Processing/ORIG | 9.00 | Pages | 3.60 |
| (TAXABLE $353.10) | | | |
| Charge for Preparation of Original Transcript for: | | | |
| SOCORRO M. SANTIAGO | 34.00 | Pages | 136.00 |
| ADMINISTRATION/ ORIG | | | 84.00 |
| E - TRANSCRIPT/ PDF-IT | | | 30.00 |
| *Delivery/Reg/ORIG | | | 17.00 |
| Witness Signature Letter | | | 32.50 |
| Exhibit Processing/ORIG | 12.00 | Pages | 4.80 |
| (TAXABLE $274.30) | | | |
| Charge for Preparation of Original Transcript for: | | | |
| CORINNA A. KASZNIA | 23.00 | Pages | 92.00 |

ENTERED
12/20/12

PAID
12/20/12
1544

**Tax ID:** 76-0119034

Phone: 713/401-3555   Fax:713/401-3547

---

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 105082 | BU ID | : 01-H Depo |
| Case No. | : 4:11-CV-04299 | | |
| Case Name | : NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |
| Invoice No. | : 167987 | Invoice Date | : 12/19/2012 |
| **Total Due** | : **$1,182.40** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Sunbelt Reporting & Litigation Services**
**6575 West Loop South, Suite 580**
**Bellaire, TX 77401**

# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South, Suite 580
Bellaire, TX 77401
Phone:713-667-0763  Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 167987 | 12/19/2012 | 105082 |
| **Job Date** | **Case No.** | |
| 11/28/2012 | 4:11-CV-04299 | |
| **Case Name** | | |

NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC.

| **Payment Terms** |
|---|

Due upon receipt

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

| | | |
|---|---|---|
| ADMINISTRATION/ ORIG | | 84.00 |
| E - TRANSCRIPT/ PDF-IT | | 30.00 |
| *Delivery/Reg/ORIG | | 17.00 |
| Witness Signature Letter | | 32.50 |
| (TAXABLE $225.50) | | |
| Charge for Preparation of Original Transcript for: | | |
| ANNIEVA STOKAN | 19.00  Pages | 76.00 |
| ADMINISTRATION/ ORIG | | 84.00 |
| E - TRANSCRIPT/ PDF-IT | | 30.00 |
| *Delivery/Reg/ORIG | | 17.00 |
| Witness Signature Letter | | 32.50 |
| (TAXABLE $209.50) | | |
| | **TOTAL DUE >>>** | **$1,182.40** |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT
WE APPRECIATE YOUR BUSINESS!

**Tax ID:** 76-0119034

Phone: 713/401-3555   Fax:713/401-3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

| Job No. | : 105082 | BU ID | : 01-H Depo |
|---|---|---|---|
| Case No. | : 4:11-CV-04299 | | |
| Case Name | : NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |
| Invoice No. | : 167987 | Invoice Date | : 12/19/2012 |
| **Total Due** | **: $1,182.40** | | |

Remit To:   **Sunbelt Reporting & Litigation Services**
**6575 West Loop South, Suite 580**
**Bellaire, TX 77401**

| **PAYMENT WITH CREDIT CARD** | AMEX  VISA |
|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855 Fax. 949-955-3854

ENTERED
12/20/12

PAID
12/20/12

Bill To: Mark Oberti, Esq
Oberti & Sullivan, LLP
723 Main Street
Suite 340
Houston, TX 77002

**Invoice #:** CA1623725
**Invoice Date:** 11/30/2012
**Balance Due:** $648.00

| Case: | Robertson v. Williams & Sonoma |
| --- | --- |
| Job #: | 1555927 | Job Date: 11/12/2012 | Delivery: Normal |
| Location: | Hartford Marriott Farmington |
| | 15 Farm Springs Road | Farmington, CT 06032 |

| Witness | Description | Units | Qty | Amount |
| --- | --- | --- | --- | --- |
| Brian Baldwin | Certified Transcript | Page | 155.0 | $511.50 |
| | Exhibits | Per Page | 30.0 | $19.50 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

| Notes: | | | **Invoice Total:** | $648.00 |
| --- | --- | --- | --- | --- |
| | | | **Payment:** | |
| | | | **Credit:** | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | **Interest:** | $0.00 |
| | | | **Balance Due:** | $648.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** CA1623725
**Job #:** 1555927
**Invoice Date:** 11/30/2012
**Balance :** $648.00

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South, Suite 580
Bellaire, TX 77401
Phone:713-667-0763  Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 168983 | 1/31/2013 | 106695 |
| **Job Date** | **Case No.** | |
| 1/23/2013 | 4:11-CV-04299 | |
| **Case Name** | | |
| NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

Charge for Preparation of Original Transcript for:

JEFF VAN ANTWERP

| | | |
|---|---|---|
| | 119.00 Pages | 476.00 |
| ADMINISTRATION/ ORIG | | 84.00 |
| E - TRANSCRIPT/ PDF-IT | | 30.00 |
| *Delivery/Reg/ORIG | | 35.00 |
| Witness Signature Letter | | 32.50 |
| Exhibit Processing/ORIG | 71.00 Pages | 28.40 |
| (TAXABLE $655.90) | | |

**TOTAL DUE >>>**     **$685.90**

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID: 76-0119034**                                                                 Phone: 713/401-3555   Fax:713/401-3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
Oberti Sullivan, LLP
723 Main, Suite 340
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 106695 | BU ID | : 01-H Depo |
| Case No. | : 4:11-CV-04299 | | |
| Case Name | : NANCY ROBERTSON V. WILLIAMS-SONOMA STORES, INC AND WILLIAMS SONOMA, INC. | | |
| Invoice No. | : 168983 | Invoice Date | : 1/31/2013 |
| **Total Due** | **: $685.90** | | |

Remit To:   **Sunbelt Reporting & Litigation Services**
**6575 West Loop South, Suite 580**
**Bellaire, TX  77401**

| PAYMENT WITH CREDIT CARD | AMEX   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# STATEMENT

GULFSTREAM LEGAL COURT REPORTING
HOUSTON
(713) 354-2339  Fax (713) 237-8742
San Antonio / Austin, TX
Phone:210-490-6444  Fax:210-579-6507

| Account No. | Date |
|---|---|
| C14648 | 2/5/2013 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $198.55 | $0.00 |

| 90 Days | 120 Days & Over | Total Due |
|---|---|---|
| $0.00 | $0.00 | $198.55 |

Matthew Yezierski
Oberti Sullivan, LLP
723 Main Street, Suite 340
Houston, TX 77002

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 12/10/2012 | 98108 | 198.55 | 11/29/2012 | Dr. Ami C. Foster | Nancy Robertson Vs. Williams-Sonoma Stores, Inc. |

*depo transcript*

PAID
1567

Attn:  Accounts Payable

Fax No.:  713  401  3547   Date:  02·05·13

**Tax ID:** 76-0602416

*Please detach bottom portion and return with payment.*

Matthew Yezierski
Oberti Sullivan, LLP
723 Main Street, Suite 340
Houston, TX 77002

Account No.  :  C14648
Date           :  2/5/2013

**Total Due**   :  $ 198.55

## For Billing Inquiries Contact: Esther Rodriguez

### 713-830-9579 Direct

Remit To: **Gulfstream Legal Group – Court Reporting**
1300 Texas Ave.
Houston, TX  77002

**erodriguez@gulfstreamlegal.com**



Tax ID # 61-1413443

# Invoice

2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

| DATE | INVOICE # |
|------|-----------|
| 2/7/2013 | 83338 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Oberti/Sullivan LLP<br>Julie Taylor<br>723 Main St. Ste 340<br>Houston, TX 77002 | Oberti/Sullivan LLP<br>723 Main St. Ste 340<br>Houston, TX 77002 |

PAID 2/15/13 1863   2/14/13

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| Robertson | Net 30 | 58 | 2/7/2013 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 1,164 | 1004 | Copies | 0.15 | 174.60T |
| 159 | 4006 | Tabs | 0.30 | 47.70T |
| 3 | 3001 | Oversize Documents | 2.70 | 8.10T |
| 3 | 4012 | 4" Three Ring Binder | 19.88 | 59.64T |
| 2 | 3005 | 30 x 40 Trial Board | 49.95 | 99.90T |
| 2 | 3014 | 30 x 40 Color Board | 145.00 | 290.00T |
| | | (provided 1 board at no charge) | | 0.00 |
| | | Sales Tax | 8.25% | 56.10 |

*Julie Taylor*

litigation support (trial)
copies - trial binders + exhibits

PLEASE PAY FROM
THIS INVOICE

**TOTAL**   $736.04

# INVOICE

SUNBELT REPORTING & LITIGATION SERVICES
6575 West Loop South, Suite 580
Bellaire, TX 77401
Phone:713-667-0763   Fax:713-661-4785

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 63786 | 2/15/2013 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 11549.005 | 1/29/2013 | 4:11-CV-04299 |
| | **Case Name** | |
| Nancy Robertson v Williams-Sonoma | | |
| | **Records Pertaining To** | |
| FEDERAL SUBPOENA | | |

Mark J. Oberti
OBERTI SULLIVAN, LLP
723 Main Street, Suite 340
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BARBIE LOMONTE<br><br>PASTA LOMONTES, INC.<br>14510 Grisby Rd.<br>Houston, TX 77079 | Mark J. Oberti<br>OBERTI SULLIVAN, LLP<br>723 Main Street, Suite 340<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

FEDERAL SUBPOENA (Civil Process Service)

| | | |
|---|---|---|
| SUBPOENA PREPARATION | 25.00 | 25.00 |
| SUBPOENA SERVICE | 85.00 | 85.00 |
| FEDERAL WIT FEE/MILEAGE | 62.77 | 62.77 |
| Federal witness fee $40.00 / Mileage $22.77 | **TOTAL DUE >>>** | **$172.77** |
| | AFTER 3/17/2013 PAY | $190.05 |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT
WE APPRECIATE YOUR BUSINESS!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **172.77** |

**Tax ID:** 76-0119034

Phone: (713) 401-3555   Fax:713.401.3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
OBERTI SULLIVAN, LLP
723 Main Street, Suite 340
Houston, TX 77002

Order No.    : 11549.005          BU ID        : 3-SUBP
Case No.     : 4:11-CV-04299
Case Name  : Nancy Robertson v Williams-Sonoma

Invoice No. : 63786               Invoice Date  : 2/15/2013
**Total Due : $ 172.77**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To: **SUNBELT REPORTING & LITIGATION**
**SERVICES**
**6575 West Loop South, Suite 580**
**Bellaire, TX 77401**

# INVOICE

SUNBELT REPORTING & LITIGATION SERVICES
6575 West Loop South, Suite 580
Bellaire, TX  77401
Phone:713-667-0763   Fax:713-661-4785

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 63790 | 2/15/2013 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 11549.003 | 1/29/2013 | 4:11-CV-04299 |
| **Case Name** | | |
| Nancy Robertson v Williams-Sonoma | | |
| **Records Pertaining To** | | |
| FEDERAL SUBPOENA | | |

Mark J. Oberti
OBERTI SULLIVAN, LLP
723 Main Street, Suite 340
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CAROL KOCHANSKI<br><br>30060 Walden Farms Lane<br>Brookshire, TX  77423 | Mark J. Oberti<br>OBERTI SULLIVAN, LLP<br>723 Main Street, Suite 340<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| FEDERAL SUBPOENA (Civil Process Service) | | |
|---|---|---|
| SUBPOENA PREPARATION | 25.00 | 25.00 |
| FEDEX/PROCESS SERVER | 22.50 | 22.50 |
| SUBPOENA SERVICE | 85.00 | 85.00 |
| FEDERAL WIT FEE/MILEAGE | 70.85 | 70.85 |
| Federal witness fee $40.00 / Mileage $30.85 | **TOTAL DUE >>>** | **$203.35** |
| | AFTER 3/17/2013  PAY | $223.69 |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT
WE APPRECIATE YOUR BUSINESS!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **203.35** |

**Tax ID:** 76-0119034

Phone: (713) 401-3555   Fax:713.401.3547

*Please detach bottom portion and return with payment.*

Mark J. Oberti
OBERTI SULLIVAN, LLP
723 Main Street, Suite 340
Houston, TX  77002

Order No.   : 11549.003        BU ID      :3-SUBP
Case No.    : 4:11-CV-04299
Case Name  : Nancy Robertson v Williams-Sonoma

Invoice No. : 63790              Invoice Date  :2/15/2013
**Total Due  : $ 203.35**

Remit To: **SUNBELT REPORTING & LITIGATION**
**SERVICES**
**6575 West Loop South, Suite 580**
**Bellaire, TX  77401**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |