# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 02, 2014

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

*United States District Court  
Southern District of Texas  
FILED  
JAN 0 7 2014  
David J. Bradley, Clerk of Court*

    No. 13-20471    Nancy Robertson v. Williams-Sonoma,  
                            Incorporated, et al  
                            USDC No. 4:11-CV-4299

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      James deMontluzin, Deputy Clerk  
                      504-310-7679

cc w/encl:  
    Ms. Leslie Garcia Ashby  
    Ms. Tracey A. Kennedy  
    Mr. Robert Mark Loeb  
    Mr. Mark Joseph Oberti

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-20471

United States District Court
Southern District of Texas
FILED

JAN 0 7 2014

David J. Bradley, Clerk of Court

NANCY ROBERTSON,

    Plaintiff - Appellee

v.

WILLIAMS-SONOMA, INCORPORATED; WILLIAMS-SONOMA STORES, INCORPORATED,

    Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of January 02, 2014, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT